**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STEVEN S.,

                Plaintiff,                    23 **CIVIL** 5216 (GRJ)

    -v-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 11, 2024, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 16) is DENIED, and this case is DISMISSED.

**Dated:** New York, New York
         July 12, 2024

                                                  **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                    **BY:**      *K. Mango*

                                                **Deputy Clerk**